JS-6

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL UNION NO. 12<br><br>    Plaintiff(s),<br><br>  v.<br><br>R E MASON ENGINEERING INC.<br><br>    Defendant(s). | Case No.: 23-cv-05544−JLS−E<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FRCP 41(A)** |
|---|---|

Based upon the stipulation of the parties (Doc. 24) and for good cause shown:

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. The above-captioned case is hereby dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear their own respective attorneys' fees and costs.

DATED: May 17, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE